990

No. 545, Misc.  KADO v. PENNSYLVANIA ET AL.  Petition for writ of certiorari to the Supreme Court of Pennsylvania, Western District, denied.  Motion for leave to file petition for writ of habeas corpus also denied.

No. 458, Misc.  WORK v. LOONEY;
No. 516, Misc.  IN RE JERONIS;
No. 517, Misc.  DEL'MARMOL v. HEINZE, WARDEN;
No. 528, Misc.  EX PARTE BAUMGARTEN;
No. 531, Misc.  WHITING v. LOONEY, WARDEN;
No. 533, Misc.  SULLIVAN v. TEETS, WARDEN;
No. 539, Misc.  SWANSON v. HANN, WARDEN; and
No. 544, Misc.  BURKHOLDER v. UNITED STATES.  Motions for leave to file petitions for writs of habeas corpus denied.

No. 548, Misc.  SEVERA v. McCORKLE, ACTING WARDEN.  Motion for leave to file petition for writ of habeas corpus and for other relief denied.

No. 506, Misc.  CROSS v. SUPREME COURT OF CALIFORNIA.  Motion for leave to file petition for writ of mandamus denied.

No. 527, Misc.  IN RE WILSON.  Application denied.

No. 535.  POPE & TALBOT, INC. v. HAWN ET AL.  C. A. 3d Cir.  Certiorari granted.  *Mark D. Alspach* for petitioner.  *Charles Lakatos* for Hawn; and *Thomas F. Mount* and *Joseph W. Henderson* for Haenn Ship Ceiling & Refitting Corporation, respondents.

No. 764.  PEREIRA ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari granted.  *Charles L. Sylvester* and *Wil-*